# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

IN RE: Teri R. Kiefer                                         CASE NO.: 14-10524

# NOTICE OF FINAL CURE PAYMENT

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Annette C. Crawford files this Notice of Final Cure Payment. The amount required to cure the default in the claim, *as provided for in the plan,* listed below has been paid in full.

**Name of Creditor:** RUSHMORE LOAN MANAGEMENT

| Court Claim | Account Number | Claim Asserted | Claim Allowed | Total Amount Paid By Trustee |
|---|---|---|---|---|
| 13-2 | 9818/8245 | $19,407.30 | $0.00 | $0.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

Date: January 31, 2019                          RESPECTFULLY SUBMITTED BY:

s/Annette C. Crawford
ANNETTE C. CRAWFORD,
CHAPTER 13 STANDING TRUSTEE
8778 GOODWOOD BLVD.
BATON ROUGE, LA 70806
(225) 928-2531
crawfordtrustee@annettecrawford.com