UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE: TERI R. KIEFER                                                                                CASE NO: 14-10524
       DEBTOR                                                                                           CHAPTER 13 CASE

<u>OBJECTION TO PROOF OF CLAIM #8 U.S. Bank Trust National Association as Trustee of Tiki Series III Trust and OBJECTION TO RESPONSE TO NOTICE OF FINAL CURE PAYMENT</u>

NOW INTO COURT, through undersigned counsel, comes Teri Kiefer, Debtor herein, who in response to the proof of claim filed herein by U.S. BANK, Claim #8, with respect represents as follows:

1.

Capital One, N.A. filed a proof of claim, Claim #8, in the amount of $35,745.73. The claim was stated as "in rem only" against Houston W. Rehm. Notice of transfer to MTGLQ Investors, LP was filed on January 30, 2018. Rushmore Loan Management Services was the servicing entity. Notice of transfer to U.S. Bank was filed on September 20, 2018. SN Servicing Corp. is the servicing entity. RESPONSE TO NOTICE OF FINAL CURE was filed by U.S. Bank was filed on March 3, 2019.

2.

The debtor objects to Claim 8 since the claim filed confirms and was admitted by Capital One that the debt is a debt against Houston W. Rehm, not the debtor, and is in rem only. The debtor seeks disallowance of the claim and/or withdrawal of the claim since the claim is not the personal obligation of the debtor. The debtor objects to the RESPONSE TO NOTICE OF FINAL CURE on the same basis. The debtor and Capital One agreed that the debtor was not obligated personally to cure pre-petition arrears or pay the debt. Alternatively, the debtor disputes the accuracy of the pre-petition arrears and post-petition arrears.

3.

Debtor requests that the claim and the response be disallowed or withdrawn by U.S. Bank.

**WHEREFORE**, the Debtor prays that the proof of claim of U.S. Bank., Claim #8, be disallowed, and the response withdrawn and for all other relief this Court deems appropriate.

Respectfully submitted:
HERPIN LAW FIRM, LLC
200 Government Street, Ste. 200
Baton Rouge, LA   70802
Telephone: (225) 242-2227
_s/James M. Herpin_____
James M. Herpin, Bar Roll #18257
Attorney for Debtor